IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAR 1

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

---

Starsha Sewell

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

The Buffalo Group, LLC

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 21-CV-531-PJM

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes  ☐ No
*(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Starsha Sewell |
| Street Address | P.O. Box 7073 |
| City and County | Capitol Heights |
| State and Zip Code | Maryland, 20791 |
| Telephone Number | |
| E-mail Address | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Buffalo Group,LLC |
| Job or Title (if known) | |
| Street Address | 1851 Alexander Bell Drive Ste. 300 |
| City and County | Reston |
| State and Zip Code | VA 20191 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address | _____ |
| City and County | N/A |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title | _____ |
| (if known) | |
| Street Address | N/A |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |
| (if known) | |

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Defense Intelligence Agency |
| Street Address | 200 MacDill Blvd. SE |
| City and County | Washington, DC |
| State and Zip Code | 20340 |
| Telephone Number | _____ |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:
42 USC 1981  Breach of Contract, Retaliation under Title VII

☐   Relevant state law *(specify, if known)*:
_____

☐   Relevant city or county law *(specify, if known)*:
_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

      ☑ Failure to hire me.

      ☑ Termination of my employment.

      ☑ Failure to promote me.

      ☐ Failure to accommodate my disability.

      ☑ Unequal terms and conditions of my employment.

      ☑ Retaliation.

      ☑ Other acts *(specify)*:   Breach of Contract (offer)

      *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

    2/14/2018

C.   I believe that defendant(s) *(check one)*:

      ☑ is/are still committing these acts against me.

      ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

      ☑ race   African American

      ☐ color _____

      ☑ gender/sex   Female

      ☐ religion _____

      ☐ national origin _____

      ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

      ☐ disability or perceived disability *(specify disability)*

      _____

E.      The facts of my case are as follows.  Attach additional pages if needed.

_Please see Exhibit 1_
_attachment_

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_January 21, 2021_        _see Exhibit 2_

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)*

_February 10, 2021   See Exhibit 3_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Starsha Sewell, African American Female, was offered a position on 11/6/2017, and engaged in protected activity with EEOC and OFFP, because I was not provided with a start date. Mike Courtney, white male, responded and changed the terms of the job offer from a non-cleared position; to a position requiring a Top Secret Clearance. He extended an new offer on 02/14/2018, during protected activity with OFFP, and added the requirement of Top Secret clearance because of my race and gender. It is my good faith belief that the protected activity created a hostile work environment as the change of terms of my position (the first act of reprisal). On January of 2018, I engaged in protected activity with OFFP and Mike Courtney, who extended another offer, but this time it entailed two positions one that paid $10k less. I accepted the Performance Management Analyst position, that paid $100k; I was hired for it. On or about July 28, 2020, Mike informed me that my TOP Secret clearance granted, but that my was no longer available and that I had to re-apply, and this breached his offer letter after I met the criteria and terms to start my job due to racial, and sex discrimination, retaliation for engaging in protected activity with OFFCP and EEOC. I reapplied for a position on two instances. A business Analyst position on or about July of 2020, I qualified and was not selected. On January of 2021, I applied for a Technical Editor position, I qualified and was not selected. I believe that I

State or local Agency, if any

was not selected on the basis of sex, race, discrimination, and as an act of retaliation for engaging in protected activity with OFFCP and EEOC, who issued a right to sue of which I not take legal action, because, while the work environment was hostile and the terms of my job offers were changed on the basis of race and sex. On good faith, I continued to complete the background check to give the company an opportunity to make good on the offer that they breached, as an act of retaliation. The adverse action was being made to re-apply for another opportunity with the company; rather than being placed in a compatible position with the company after the Complainant met the criteria of the job offer, which produced through the OFFCP and EEOC process, which the Complainant treated as a settlement, of which the corporation breached, because of racial bias. I also believe that I was not hired for the Technical Editor position as an act of retaliation for engaging in protected activity; despite the fact that Mr. Courtney gave me permission to redress my EEOC rights, without fear of reprisal in is offer letter dated 02/14/2018.

On Wed, Jul 29, 2020 at 9:09 AM Mike Courtney <courtneym@thebuffalogroup.com> wrote:
Starsha –

Thank you for sending your updated resume.

The next step will be for you to monitor any openings at The Buffalo Group for which you have an interest. Should you see such a job opening at our Company, please reach out to our HR Director, Ms. Sue Lang – langs@thebuffalogroup.com - and we will at that time evaluate your application in light of the job requirements and your qualifications.

Thanks again for your interest in The Buffalo Group.

Best regards,

Mike

2/28/2021　　　　Gmail - Starsha Sewell vs The Buffalo Group LLC 570-2021-00674_ Charge of Discrimination and Intake form waiving Counseling

Case 8:21-cv-00531-PJM　Document 1　Filed 03/01/21　Page 8 of 22

Exhibit 2

 Gmail

**Starsha Sewell <starshasewell@gmail.com>**

---

## Starsha Sewell vs The Buffalo Group LLC 570-2021-00674_ Charge of Discrimination and Intake form waiving Counseling

1 message

---

**Starsha Sewell** <starshasewell@gmail.com>　　　　　　　　　　Thu, Jan 21, 2021 at 7:10 PM
To: mindy.weinstein@eeoc.gov
Cc: Starsha Sewell <starshasewell@gmail.com>

Good Evening Ms. Weinstein,

Please find my attached Charge of Discrimination for case 570-2021-00674. I respectfully file this charge with you on the basis that it is the 177th day, by law I only have 180 days to redress my claim under EEOC laws.

Hard copies are will be placed in the mail as well.


Regards,

Starsha Sewell
240-532-0080

---

📄 **Starsha Sewell vs The Buffalo Group LLC 570-2021-00674.pdf**
　　4427K

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information

Last Name: Sewell   First Name: Starsha   MI: M

Street or Mailing Address: P.O. Box 7073   Apt or Unit #: _____

City: Capitol Heights   County: _____   State: MD   Zip: 26791

Phone Numbers: Home: (240) 532-0090   Work: (___) _____

Cell: (___) _____   Email Address: Starsha Sewell @ gmail.com

Date of Birth: 9/27/1980   Sex: ☐ Male ☒ Female   Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White

☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _____

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Janice Sewell   Relationship: Mother

Address: P.O. Box 7073   City: Capitol Heights State: MD Zip Code: 20791

Home Phone: (202) 378-0413   Other Phone: (___) _____

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: The Buffalo Group, LLC

Address: 1851 Alexander Bell Dr   County: Fairfax

City: Reston   State: VA Zip: 20191   Phone: (571) 346-3300

Type of Business: DOD Contractor Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: Mike Courtney   Phone: (___) _____

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15   ☒ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☐ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: 11/16/2017   Job Title At Hire: Performance Management Analyst (PM

Pay Rate When Hired: $100,000 k   Last or Current Pay Rate: $100,000

Job Title at Time of Alleged Discrimination: PMA   Date Quit/Discharged: 7/28/2020

Name and Title of Immediate Supervisor: Thomas Aloih

If Job Applicant, Date You Applied for Job 11/16/2017 Job Title Applied For Performance Mgmt. Analyst

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☒ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____N/A_____

If you checked genetic information, how did the employer obtain the genetic information? ____N/A_____

Other reason (basis) for discrimination (Explain): __Hostile Work environment change of terms.__

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: __11/16/2017__ Action: __Offered A Performance Mgmt Position by Thomas Aloih, the position paid $100,000 K per year.__
Name and Title of Person(s) Responsible: __Thomas Aloih (White Male)__

B. Date: __2/14/2018__ Action: __Offered a counter position, by Mike Courtney who did not want an African American female in the PMA role. The Job__
Name and Title of Person(s) Responsible __Mike Courtney                   Paid 10k less.__

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
__The VP of Operations Mike Courtney, did not want the African American female in the PMA Role; Offered a position paying 10k less and added__

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?__ the requirement of Top Secret Clearence__
__I was told that I had to apply for a Top select clearence to get the Job, and after I got it was made to re-apply.__

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed. __for a Different Position__

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A | N/A | | |
| B | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |

N/A

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |

N/A

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. **What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____
_____

11. **Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____
_____

12. **Did you ask your employer for any changes or assistance to do your job because of your disability?**
   ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____
_____

How did your employer respond to your request? _____

_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A. Suzanne Lang  HR Director  571-346-3300  I was made to reapply after being granted my top secret clearance and was not hired.
B. Suzanne Lang can also tell you that I re-applied for two additional positions and have not been offered a position from July 2020 to the present.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: January 2018
OFCCP, who had a right to sue issued on a separate issue.

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____

_____

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    _1/21/2021_
        Signature                                    Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974 Public Law 93-579. Authority for requesting personal data and the uses thereof are
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08) 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 570-2021-00674 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Starsha Sewell | (240) 532-0080 | 09/27/1980 |

Street Address                    City, State and ZIP Code

P.O. Box 7073, Capitol Heights, MD 20791

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| The Buffalo Group, LLC | 50 or More | (571)346-3300 |

Street Address 1851 Alexander Bell Dr. STE 300   City, State and ZIP Code Reston, VA  20191

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| N/A | | |

Street Address                    City, State and ZIP Code

N/A

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest  2/14/2018   Latest  1/19/2021

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Starsha Sewell, African American Female, was offered a position on 11/6/2017, and engaged in protected activity with EEOC and OFFP, because I was not provided with a start date. Mike Courtney, white male, responded and changed the terms of the job offer from a non-cleared position; to a position requiring a Top Secret Clearance. He extended an new offer on 02/14/2018, during protected activity with OFFP, and added the requirement of Top Secret clearance because of my race and gender. It is my good faith belief that the protected activity created a hostile work environment as the change of terms of my position (the first act of reprisal). On January of 2018, I engaged in protected activity with OFFP and Mike Courtney, who extended another offer, but this time it entailed two positions one that paid $10k less. I accepted the Performance Management Analyst position, that paid $100k; I was hired for it. On or about July 28, 2020, Mike informed me that my TOP Secret clearance granted, but that my was no longer available and that I had to re-apply, and this breached his offer letter after I met the criteria and terms to start my job due to racial, and sex discrimination, retaliation for engaging in protected activity with OFFCP and EEOC. I reapplied for a position on two instances. A business Analyst position on or about July of 2020, I qualified and was not selected. On January of 2021, I applied for a Technical Editor position, I qualified and was not selected. I believe that I

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Date                    Charging Party Signature

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 570-2021-00674 |
| | | and EEOC |

*State or local Agency, if any*

was not selected on the basis of sex, race, discrimination, and as an act of retaliation for engaging in protected activity with OFFCP and EEOC, who issued a right to sue of which I not take legal action, because, while the work environment was hostile and the terms of my job offers were changed on the basis of race and sex. On good faith, I continued to complete the background check to give the company an opportunity to make good on the offer that they breached, as an act of retaliation. The adverse action was being made to re-apply for another opportunity with the company; rather than being placed in a compatible position with the company after the Complainant met the criteria of the job offer, which produced through the OFFCP and EEOC process, which the Complainant treated as a settlement, of which the corporation breached, because of racial bias. I also believe that I was not hired for the Technical Editor position as an act of retaliation for engaging in protected activity; despite the fact that Mr. Courtney gave me permission to redress my EEOC rights, without fear of reprisal in is offer letter dated 02/14/2018.

On Wed, Jul 29, 2020 at 9:09 AM Mike Courtney <courtneym@thebuffalogroup.com> wrote:
    Starsha –

    Thank you for sending your updated resume.

    The next step will be for you to monitor any openings at The Buffalo Group for which you have an interest.  Should you see such a job opening at our Company, please reach out to our HR Director, Ms. Sue Lang – langs@thebuffalogroup.com - and we will at that time evaluate your application in light of the job requirements and your qualifications.

    Thanks again for your interest in The Buffalo Group.

    Best regards,

    Mike

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1/21/2021    *[signature]*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.   FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (11/09).

2.   AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.   PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.   ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**The Buffalo Group, LLC**
1851 Alexander Bell Drive, Suite 300
Reston, VA 20191-1553
Main: 571.346.3300
Fax: 571.346.3301

11/6/2017

Starsha Sewell

Dear Starsha:

On behalf of The Buffalo Group, LLC ("TBG"), I am pleased to extend to you this conditional offer for full-time employment with TBG to work on a contract held by TBG as a **Performance Management Analyst** (which is a position exempt from the overtime requirements of the Fair Labor Standards Act).

As members of The Buffalo Group, you will perform task and duties assigned by the customer. You will provide consulting and recommendations to managers, supervisors, and the workforce on the implementation of quality and process improvement initiatives. Develop and facilitates discovery sessions, planning meetings, training sessions, and facilitates process improvement meetings

As an exempt employee, your starting salary will be **$100,000** paid semi-monthly, subject to any and all applicable withholding for taxes. The semi-monthly pay schedule includes 24 pay periods in the calendar year. In addition, during the course of your employment with TBG, you shall be entitled to participate in such retirement, disability, life, sickness, accident, dental, medical and health benefits and other employee benefit programs, plans and arrangements of the Company or any of its affiliates for which you may be eligible and which may be established and maintained by the Company or its applicable affiliates, as and to the extent any such employee benefit programs, plans and arrangements are or may from time to time be in effect.

This offer of employment is contingent upon you being fully approved for the applicable contract by the end customer, as well as satisfactorily completing the background check/security clearance process required by TBG and/or the end customer. In addition, you will be required to provide necessary proof of legal authorization to work in the United States as required by the Immigration Reform Act of 1986. You will also be required to enter into an employment agreement with TBG that will include provisions regarding trade secrets and other restrictive covenants.

You will start immediately upon satisfying all contingencies listed above and you will be notified by TBG for your employee orientation and start date.

We appreciate your interest in TBG, and look forward to what we hope will be a mutually beneficial employment relationship. To accept TBG's conditional offer of a position as a **Performance Management Analyst**, please sign where indicated below.

Sincerely,                                   Accepted:

Paul Schlee - Executive Vice President        Starsha Sewell            11/6/17
                                                                          DATE

The Buffalo Group, LLC                                          571.346.3300



February 14, 2018

<u>BY EMAIL AND CERTIFIED MAIL</u>
Ms. Starsha Sewell
P.O. Box 7073
Capitol Heights, MD 20791
starshasewell@gmail.com

Dear Ms. Sewell:

I am writing to offer you a renewed contingent offer of employment with The Buffalo Group for a position on the DEEA contract. This offer is contingent upon the contract ultimately being awarded to The Buffalo Group, and upon the customer approving your placement on the contract.

As you know, you previously accepted The Buffalo Group's contingent offer of employment for a Performance Management Analyst III position on the DEEA contract. Unfortunately, The Buffalo Group was forced to withdraw your contingent offer after it learned that you had already accepted a contingent offer of employment with its subcontractor, Isenpai, for another position on the same DEEA Contract. As you can imagine, it would be extremely difficult for The Buffalo Group to staff a contract effectively if teammates could submit one candidate for multiple jobs on the same contract.

Subsequent to our withdrawal of your contingent offer, we learned that your relationship with Isenpai ended and that Isenpai released you from its contingent offer. To that end, we are pleased to renew your contingent offer of employment for the Performance Management Analyst III position at a pay rate of $100,000.

Please know, however, that it has been brought to our attention that the Performance Management Analyst III position almost certainly requires a Top Secret clearance, which we understand you do not possess. Consequently, we have some serious concerns that the DEEA may not accept you for this position. Although we are still willing to submit you to the DEEA for this position, with the hopes that the DEEA would allow you time to obtain the Top Secret clearance, we ultimately have no control over whether the DEEA will or will not accept your candidacy for this position. We will also do everything in our power to help you obtain the top secret security clearance.

There is one other position on the DEEA contract that we believe you are qualified for and that does not require a Top Secret clearance to start. Specifically, the Trainer III position (which is paid at a rate of $90,000) would not require a Top Secret clearance, at least initially. We would submit your name for a Top Secret clearance for this position and would, of course, make every effort to help you secure that clearance. (Should you be successful in obtaining Top Secret clearance for the Trainer III position, then, after one year, you may be in a position to be qualified



for the Performance Management III position.) We are highly confident that the customer would accept you for this Trainer III position.

Ultimately, we would like to give you the option of choosing which one of the two positions outlined above you would prefer. If you would like us to submit you for the Performance Management Analyst III position, we will do so, even though it is possible that the DEEA will not accept you for that position. But, please know that time is of the essence to fill all of the positions on the DEEA contract, and, accordingly, we must continue to move forward with our recruitment for the Trainer III position. If the customer ultimately does not accept you for the Performance Management Analyst III position, there is a good chance that the Trainer III position will already be filled by the time we learn of that decision. Of course, if this position is not yet filled, we would gladly submit you for the open position at that time. **Please let me know by Monday, February 19th, which of these three positions you prefer.**

Please know that this offer is **not** conditioned upon you releasing your pending complaints against The Buffalo Group with the Office of Federal Contract Compliance (OFCCP) and the Equal Employment Opportunity Commission (EEOC). You are free to pursue those claims, and The Buffalo Group will not retaliate or take any adverse employment action against you for having filed or having continued to pursue those claims.

Thank you again for your interest in being a part of The Buffalo Group team. We hope to have the opportunity to work with you.

Sincerely,

Mike Courtney
Vice President Operations
The Buffalo Group

1/21/2021                                 Gmail - Your application to The Buffalo Group

 Gmail                                    Starsha Sewell <starshasewell@gmail.com>

**Your application to The Buffalo Group**
: message

Indeed <do-not-reply@indeed.com>                              Tue, Jan 19, 2021 at 9:16 PM
Reply-To: Indeed <do-not-reply@indeed.com>
To: starshasewell@gmail.com



# Application Update

## Technical Editor at The Buffalo Group

Unfortunately, The Buffalo Group has decided not to move forward with
your Technical Editor application at this time.

**What now?**

Not every job is a perfect fit for every applicant — even qualified
applicants. Look for positions that are a good fit for your skills and
goals.

Find more jobs like this one

**About this email**

The employer has instructed Indeed to send this email on their behalf.
If this message has been sent by mistake or the employer decides
otherwise, they may contact you or re-open your application.

**Tips for a top-notch application**

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Starsha Sewell**<br>**P.O. Box 7073**<br>**Southern Md Facility, MD 20791** | From: | **Washington Field Office**<br>**131 M Street, N.E.**<br>**Suite 4NW02F**<br>**Washington, DC 20507** |
|---|---|---|---|

| | | |
|---|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **570-2021-00674** | **Kathryn Nasenbenny,**<br>**Investigator** | **(202) 291-2787** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

for _____   FEB 10 2021

Enclosures(s)

**Mindy E. Weinstein,**   *(Date Issued)*
**Director**

cc:  **Suzanne Lang**
**Human Resources**

**1851 ALEXANDER BELL DR**
**STE 300**
**Reston, VA 20191**

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I lost three years of salary @ 100k per annum, due to the companies change of terms of my position, over the course of three years, and am seeking $12,200,000 for breach of contract due to racial bias, after I acquired the Top secret clearance, and an additional $12,200,00 for the change in terms of position, and being made to reapply for another position, after the company failed to hire me for the original position; and then also did not select me for any other position with the company after, I met the employment offer position requirements of securing a top secret clearance.

It is my good faith belief that the company refused to hire me and changed the terms of my position because of my race + gender and refused to hire me for both positions offered as an act of retaliation. Therefore, I am seeking $25,000,000, because the contractor intended to bring detriment to government, upon falsely stating that the government discriminated. The Gov't. Id placed me in a whistleblower case about the company.

7

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 1, 2021

Signature of Plaintiff

Printed Name of Plaintiff _____Starzha Sewell_____

*(If more than one plaintiff is named in the complaint, attach an additional
certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Address                    _____

Telephone Number           _____

E-mail Address             _____